11-CV-00522-CMP

FILED        ENTERED
LODGED        RECEIVED

MAR 25 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

**Complaint to Enjoin Trustee's Sale, Washington, for Violations of RCW 61.24.040; Consumer Protection Act; Truth in Lending Act; Fraud; and Fiduciary Duty**

**Alexander Properties-I, LLC: 4226 W. ALBANY AVENUE# A-D, KENNEWICK,**

**WASHINGTON 99336**
**Plaintiff Pro Se**

# UNITED STATES DISTRICT COURT
# WASHINGTON FOR KING COUNTY

| | |
|---|---|
| **ALEXANDER PROPERTIES-I, LLC ,**<br>       **Plaintiff,**<br><br>             **vs.**<br>**WASHINGTON MUTUAL BANK,, JP**<br>**MORGAN CHASE BANK N.A,&**<br>**NORTHWEST TRUSTEE SERVICES, a**<br>**Washington Corporation, doing business**<br>**in the State of Washington**<br>       **DEFENDANT.** | **CASE NO: C11-0522** TSZ<br><br>**Complaint:**<br><br>**Injunctive Relief**<br>**Accounting**<br>**Declaratory Relief** |

### AS AND FOR A FIRST CAUSE OF ACTION

#### (Injunctive Relief)

At all relevant times, Plaintiff has been, and continues to be, a resident of the County of King,

State of Washington, and is the title owner of the real property situated at 4226 W. ALBANY

AVENUE# A-D, KENNEWICK, WASHINGTON 99336

Upon information and belief, Defendant, JP MORGAN CHASE BANK N.A, is a federally chartered savings bank, and is engaged in the banking business in the State of Washington.

Upon information and belief, Defendant, NORTHWEST TRUSTEE SERVICES, is a Washington corporation, and is a trustee engaged in the business of conducting non-judicial foreclosures of real property in Washington.

Plaintiff is unaware of the true names, or capacities of the Defendants sued herein and identified in the caption as John and/or Jane Doe's in the following statements are inclusive, and therefore sues these Defendants as "Doe's". Upon information and belief, each of the foregoing Doe Defendants is responsible for the conduct alleged herein, and is responsible for the damages suffered by Plaintiff described in this complaint.  The Plaintiff will advise the Court of the true names and capacities of these Doe Defendants as soon as their identities are ascertained.

Upon information and belief, certain of the "Doe" defendants are the agents, servants, and / or employees of the Lender and Trustee, and they engaged in conduct that is complained of hereon; at all relevant times, the "Doe" defendants acted within the scope of their agency and / employment,

6. On or about September 22, 2005, Plaintiff borrowed the sum of $176,250.00 from Defendant, **WASHINGTON MUTUAL BANK,** to purchase the Property. As evidence of the loan transaction, Plaintiff signed and delivered **WASHINGTON MUTUAL BANK,** a written promissory note. A copy of the aforesaid promissory note is annexed to this Complaint as Exhibit "A "and incorporated herein by reference.

7. To secure payment of the promissory note, Plaintiff  signed and delivered to Defendant, **JP**

*PETITION FOR INJUNCTIVE AND OTHER RELIEF*                                    *Page 6 of 7*

**MORGAN CHASE BANK N.A,** a Deed Of Trust dated September 22, 2005 in which Plaintiff (as Trustor) conveyed to Defendant NORTHWEST TRUSTEE SERVICES, an interest in the property as security for payment of the promissory note to Defendant WASHINGTON MUTUAL BANK,(beneficiary).

That Defendant JP MORGAN CHASE BANK N.A, willfully and materially misrepresented the terms and conditions of the loans documents that were fraudulent, grossly unfair, and which provided for excessive and inappropriate fees and interest. Defendant JP MORGAN CHASE BANK N.A. willfully exploited and took advantage of Plaintiff's unfamiliarity with the loan documents.   By virtue of the foregoing, Plaintiff contends that the loan documents are invalid, and, as such, no amounts are owed to the Defendant JP MORGAN CHASE BANK N.A,.

On or about September 22, 2005the deed of trust was recorded in the Official Records of the County of, State of Washington.  A copy of the deed of trust is annexed hereto as Exhibit "A" and is incorporated herein by reference.

Defendant, NORTHWEST TRUSTEE SERVICES, did not record a Notice of Default and Election to sell in the Official Records of King County, Washington, alleging a default  of  the promissory note and deed of trust.

On or about December 28, 2010, Defendant NORTHWEST TRUSTEE SERVICES, did not record a Notice of Trustee's Sale in the Official Records of King County, Washington, announcing that NORTHWEST TRUSTEE SERVICES, will conduct a trustee's sale of the Property on April 1, 2011 at the hour of 10:00 a.m. in front of the Benton County Courthouse, Kennewick, Washington.  A copy of the Notice of Trustee's Sale is annexed hereto as Exhibit "

B " and incorporated herein by reference.

Defendant NORTHWEST TRUSTEE SERVICES, failed to comply with the publishing and posting requirements applicable to non-judicial foreclosures, including but not limited to the notice requirements set forth in RCW 61.24.040. As a result, an actual controversy exists between Plaintiff and Defendant with regard to their retrospective rights and duties with respect to the pending non-judicial foreclosure sale of Plaintiff's property. Plaintiff contends that the trustee failed to comply with multiple laws pertaining the scheduling and conduct of foreclosure sales.

NORTHWEST TRUSTEE SERVICES, and others are named in a letter sent by the Washington State Attorney General provides a list of activities in the view of fraud and calling on them to suspend any questionable foreclosures in the state. There are specific items listed that match the transitions performed on the Plaintiffs loan.

The arrears amount that the Defendant JP MORGAN CHASE BANK N.A, contends in the Notice of Default and Notice of Trustee's Sale to be in default is incorrect. Accordingly, the Plaintiff is not in default under the terms of the promissory note and the deed of trust. However, Defendant JP MORGAN CHASE BANK N.A, refuses to accept partial payment until the amount in dispute is resolved. As a consequence of the foregoing there exists an actual controversy between Plaintiff and Defendant JP MORGAN CHASE BANK N.A, regarding their retrospective rights, duties and obligations relating to the pending non-judicial foreclosure sale in that Defendant JP MORGAN CHASE BANK N.A, contends that $19,578.25is owed, whereas

Plaintiff contends that the sum of $8,000.00 is owed.

Plaintiff requests a judicial determination and declaration of the parties' respective rights and duties, to wit:

(a) That Plaintiff did not breach the terms of the promissory note and deed of trust;

(b) That the trustee failed to comply with state non-judicial foreclosure sale procedures;

(c) That Defendants must be enjoined from taking any actions to enforce the terms of the loan documents by virtue of Defendant WASHINGTON MUTUAL BANK, JP MORGAN CHASE BANK N.A,& NORTHWEST TRUSTEE SERVICES

CERTIFICATE OF SERVICE

I certify that I have this day served opposing party with a copy of this Complaint in United States

`District Court: Violations of National Banking Laws, TILA and Tort Claims by mailing a copy

first class registered or certified mail postage prepaid to him/her at:

WASHINGTON MUTUAL BANK,
P.O. BOX 78148
Phoenix, Arizona 85062

JP MORGAN CHASE BANK N.A,
P.O. BOX 78148
Phoenix, Arizona 85062
U.S. Attorney General
950 Pennsylvania Avenue, N.W.
 Washington, DC 20530

NORTHWEST TRUSTEE SERVICES
3535 Factoria Blvd SE # 200
Bellevue, WA 98006-1263

Anti-Terrorist and Monetary Crimes Division
FBI Headquarters In Washington, D.C.
Federal Bureau Of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

**WASHINGTON MUTUAL BANK,**
**P.O. BOX 78148**
**Phoenix, Arizona 85062**

ALEXANDER PROPERTIES-I, LLC

GRACE VAN HOUTEN
STATE OF WASHINGTON
NOTARY PUBLIC
MY COMMISSION EXPIRES
09-02-13

(Seal)

Grace Van Houten             , Notary

My commission expires:  09-02-13

*PETITION FOR INJUNCTIVE AND OTHER RELIEF*                              *Page 6 of 7*

AFFIDAVIT OF NOTARY PRESENTMENT

CERTIFICATION OF SERVICE

State of Washington    )

                             ) ss.

County of  Benton      )


On this ___25ᵗʰ___ day of March 2011, for the purpose of verification, I, the undersigned

Notary Public, being commissioned in the County and State noted above, do certify that

«Natural» delivered to me the documents listed below.  I, the undersigned notary, personally

verified that the documents listed below were placed in an envelope and sealed by me with a

requested return receipt and depositing same at an official depository under the exclusive face

and custody of the U.S. Postal Service.

*PETITION FOR INJUNCTIVE AND OTHER RELIEF*                                    *Page 6 of 7*